**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-7357**

─────────

JOHN R. WILCOX, JR.,

Plaintiff - Appellant,

versus

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL
SERVICES,

Defendant - Appellee.

─────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
01-2133-DKC)

─────────

Submitted:  November 8, 2001        Decided:  November 19, 2001

─────────

Before WILKINS, MICHAEL, and KING, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

John R. Wilcox, Jr., Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John R. Wilcox, Jr., appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint as frivolous under 28 U.S.C.A. § 1915(e)(2) (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant Wilcox's motion to amend his informal brief and affirm on the reasoning of the district court. See Wilcox v. Department of Pub. Safety, No. CA-01-2133-DKC (D. Md. filed July 31, 2001; entered Aug. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED